STATE OF NEW JERSEY v. JOHN F. COONEY.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT RUSH.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR LEE TILLMAN.

June 26, 1979.  Petition for certification denied.

DANIEL R. MORSE v. GREAT ATLANTIC & PACIFIC TEA CO.

June 26, 1979.  Petition for certification denied.

DIANNE SODEN v. KERRY P. SODEN.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH SETNYK.

June 26, 1979.  Petition for certification denied.